Date: 08/20/09          **DIVIDENDS REMITTED TO THE COURT**          Page: 1

Case Number 08-16094 - GIVENS, CONNIE YALANDA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Time Warner Cable**<br>**11252 Cornell Park Drive**<br>**Cincinnati OH 45242** | 000002 | 116.36 | 2.92 |
| ----------- Remittance Total --------------- | | 116.36 | 2.92 |

*[signature]*

MARK ALAN GREENBERGER, TRUSTEE